UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DAISY RODRIGUEZ and FRANCIS RODRIGUEZ,

                    Plaintiffs,

     -against-

KENNETH O. LESTER COMPANY, INC., *et al.,*

                    Defendants.
------------------------------------------------------------ x
ROLANDO J. GONZALEZ COLLAGUAZO,

                    Plaintiff,

     -against-

RYDER TRUCK RENTAL, INC., *et al.,*

                    Defendants.
------------------------------------------------------------ x

**ORDER**
24 CV 4562 (PKC) (CLP)

24 CV 4910 (PKC) (CLP)

**POLLAK**, United States Magistrate Judge:

       On September 15, 2023, plaintiffs Daisy Rodriguez and Francis Rodriguez commenced this action in New York State Supreme Court, Queens County, against Kenneth O. Lester Company, Inc., Performance Food Group, Inc., Ryder Truck Rental, Inc., and Ochane Ricardo Lee, seeking damages resulting from a motor vehicle accident that took place in Westchester County on March 9, 2023.  (ECF No. 1-2).  The case was removed to this Court on July 1, 2024 (ECF No. 1), and on September 4, 2024, the case was consolidated with the action brought by Rolando J. Gonzalez Collaguazo against defendants Ryder Truck Rental, Inc., and Ochane Ricardo Lee.  (Order dated September 4, 2024).

1

Currently pending before this Court is the September 16, 2024 motion filed by Shulman & Hill, PLLC, counsel for the Rodriguez plaintiffs, seeking to withdraw from further representation due to "a fundamental disagreement and irreconcilable differences with respect to the prosecution of this action." (Pls.' Mot.[1] ¶ 11). Counsel indicates that the "attorney client relationship has deteriorated to such a point that this firm can no longer represent the plaintiffs" effectively. (Id.) According to counsel, he communicated this position to the plaintiffs directly, and he now seeks to withdraw. (Id. ¶ 12).

On November 4, 2024, the Court Ordered that, unless plaintiffs Daisy Rodriguez and Francis Rodriguez contact this Court by November 18, 2024 to object to counsel's motion, the Motion to Withdraw would be granted. Plaintiffs did not contact the Court.

Given the stated deterioration of the relationship between plaintiffs Daisy Rodriguez and Francis Rodriguez and their counsel and given that plaintiffs did not file any objections to counsel's motion, Shulman & Hill, PLLC's motion to withdraw is granted. Daisy Rodriguez and Francis Rodriguez are given until **January 17, 2025** to retain new counsel, or to inform the Court via letter of their intent to proceed *pro se*.

Shulman & Hill, PLLC is Ordered to promptly serve a copy of this Order upon plaintiffs by certified mail, return receipt requested, at plaintiffs' last known addresses and via email, and then file proof of service on the docket **no later than December 17, 2024**.

The Clerk is directed to send copies of this Order to all other parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

---

[1] Citations to "Pls.' Mot." refer to the Motion for Leave to Withdraw as Counsel, filed on September 16, 2024 by Michael Edelman, Esq., on behalf of Shulman & Hill, PLLC (ECF No. 9-1).

Dated: Brooklyn, New York

December 12, 2024                    /s/ Cheryl L. Pollak
                                     Cheryl L. Pollak
                                     United States Magistrate Judge
                                     Eastern District of New York